NEWMAN v. BIGGS *et al.*, *Appellants.*

**Appeal.** This case was stricken from the docket for want of an order in the record allowing the appeal.

*Appeal from Howard Circuit Court.*—HON. G. H. BURCK-HARTT, Judge.

STRICKEN FROM THE DOCKET.

*O. T. Rouse* for appellants.

*A. J. Herndon* for respondent.

MARTIN, C.—There is no order in the record of this case granting an appeal. In what purports to be a bill of exceptions there are recitals to the effect that an appeal had been granted, but it contains no copy of any such order. There is no entry in the transcript of the filing of any bill

of exceptions—nothing to make it a part of the record; so that these imperfect recitals of an appeal cannot be accepted as evidence of the fact. The case is stricken from the docket. All concur